# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOAN ALLEN, on her own behalf and all similarly situated individuals,<br><br>          Plaintiff,<br><br>  v.<br><br>UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTH GROUP INCORPORATED, OPTUMHEALTH, INC., and OPTUMHEALTH CARE SOLUTIONS, INC.,<br><br>          Defendants. | Case No. 1:11-cv-00179-WSD |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff, JOAN ALLEN, requests that her claims against Defendants, UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTH GROUP INCORPORATED, OPTUMHEALTH, INC., and OPTUMHEALTH CARE SOLUTIONS, INC., be dismissed **without** prejudice with each party to bear their own attorneys' fees and costs.

Respectfully submitted this 8th day of January, 2013.

                                                      **/s/ ANDREW FRISCH**
                                                      Andrew Frisch, Esq.
                                                      FL. Bar Number 27777
                                                      MORGAN & MORGAN, P.A.
                                                      600 North Pine Island Road
                                                      Suite 400
                                                      Planation, Florida 33324
                                                      Telephone:  954-318-0268
                                                      Facsimile:  954-333-3515

E-mail:  AFrisch@forthepeople.com

Trial Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ ANDREW FRISCH
Andrew Frisch, Esq.